IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JONES LANG LASALLE BROKERAGE, INC.,  )<br>)<br>Appellant,  )<br>)<br>v.  )<br>)<br>1441 L ASSOCIATES, LLC, d/b/a/  )<br>1441 L STREET ASSOCIATES, LLC,  )<br>)<br>Appellee.  )<br>_____ ) | Case No.: 22-7046<br>September Term, 2021<br>D.D.C. Case No.: 1:20-cv-03687-FYP |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully submits the following Motion to withdraw as counsel for Appellant, Jones Lang LaSalle Brokerage, Inc. ("Appellant" or "JLL") in the above-captioned appeal. The undersigned represents that Appellant has been advised and has consented to the proposed withdrawal, and that substitute counsel has already entered an appearance for Appellant. See Doc. No. 1945761. On these grounds, undersigned counsel respectfully requests the entry of an order striking his appearance.

Respectfully submitted,

/s/ John A. Nader
John A. Nader (D.C. Bar No. 974890)
Hinshaw & Culbertson, LLP
700 12th Street, N.W., Suite 700
Washington, DC 20005
Tel.: (202) 979-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com

*Co-Counsel for Appellant,*
*Jones Lang LaSalle Brokerage, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on <u>May 11, 2022</u> I filed the foregoing Motion with the Clerk of the Court using the CM/ECF System, which then served a Notice of Electronic Filing on:

Alexander M. Laughlin, Esq.
Oden, Feldman & Pittleman, PC
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
alex.laughlin@ofplaw.com

*Counsel for Appellee*

and

Michael E. Kenneally, Esq.
Morgan Lewis, LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
michael.kenneally@morganlewis.com

*Co-counsel for Appellant*

/s/ John A. Nader
John A. Nader

1035380\310721731.v1